**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 95-8542**

———————

LAMONT JACKSON,

Plaintiff - Appellant,

versus

SEWALL B. SMITH; JOSEPH WILSON; MAURICE
MIDDLETON; THOMAS COUNCIL; ROSS HURLEY; SAMUEL
LEE; WALLY BARNES; ALLEN LONG; LILLIAN
WILLIAMS; SEIGFRIED PRESBURY; WESLEY CARTER;
SERGEANT CUNNINGHAM; T. STEWART; SERGEANT
HICKS; SERGEANT MADDOX; L. KENT; T. CARTER,
Sergeant, all in their official and individual
capacities,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. J. Frederick Motz, Chief District Judge;
Daniel E. Klein, Jr., Magistrate Judge. (CA-93-4003-JFM)

———————

Submitted:  June 20, 1996          Decided:  June 28, 1996

———————

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Lamont Jackson, Appellant Pro Se.  John Joseph Curran, Jr., Attor-
ney General, Glenn William Bell, OFFICE OF THE ATTORNEY GENERAL OF
MARYLAND, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order (1) entering judgment pursuant to a jury verdict for Defendants on (a) a claim of excessive use of force by a correctional officer and (b) a claim that conditions of confinement violated the Eighth Amendment; and (2) granting Defendants' motion for judgment as a matter of law on a claim that placement in isolation violated a liberty interest protected by the Due Process Clause. We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED